FILED
2023 SEP 20 AM 10:24
CLERK
U.S. DISTRICT COURT

Name: Constantino Cuara R.
Address: 4202 W. 5655 S. Kearns UT 84118
Telephone: 385-488-6563

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## _____ DIVISION

Constantino Cuara R.
(Full Name)
PLAINTIFF

vs.

Utah office of state Treasurer
SL County Treasurer
U.S. Department of the Treasury
President's
(O N U) United Nations
(O T A N) NATO
U.S Secret Service
Secretary of Homeland security

DEFENDANTS

**CIVIL RIGHTS COMPLAINT**
(42 U.S.C §1983, §1985)

CIVIL NO. ____
(Suppli

Case: 2:23-cv-00640
Assigned To : Romero, Cecilia M.
Assign. Date : 9/18/2023
Description: Cuara v. Utah Office of State Treasurer et al

RECEIVED US Dist Court-UT
SEP 18 '23 PM04:57

### A. JURISDICTION

1. Jurisdiction is proper in this court according to:

    a. ✓ 42 U.S.C. §1983
    b. ✓ 42 U.S.C. §1985
    c. ___ Other (Please Specify) _____

2. NAME OF PLAINTIFF Constantino Cuara R.
   IS A CITIZEN OF THE STATE OF SLC UT USA

   PRESENT MAILING ADDRESS: 4202 W. 5655 S.
   Kearns UT 84118

3. NAME OF FIRST DEFENDANT _Utah office of state Treasurer_
   IS A CITIZEN OF _SLC UT USA_
   (City and State)

   IS EMPLOYED AS _USA gov-_ at _SLC UT USA_
   (Position and Title if Any)   (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES _✓_ NO ___ . If your answer is "YES" briefly explain.

   _Color of law refer to the appearance of legal authority, or an apparently legal right that may not exist_

4. NAME OF SECOND DEFENDANT _All Defendants_
   (If applicable)

   IS A CITIZEN OF _SLC UT USA_
   (City and State)

   IS EMPLOYED AS _USA gov-_ at _SLC UT USA_
   (Position and Title if Any)   (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES _✓_ NO ___ . If your answer is "YES" briefly explain.

   _Same Above_

5. NAME OF THIRD DEFENDANT _____
   (If applicable)

   IS A CITIZEN OF _____
   (City and State)
   IS EMPLOYED AS _____ at _____ .
   (Position and Title if Any)   (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ___ NO___. If your answer is "YES" briefly explain.

_____

_____

_____

6. NAME OF FOURTH DEFENDANT_____
   (If applicable)

   IS A CITIZEN OF_____
                        (city and State)

   IS EMPLOYED AS_____ at _____.
              (Position and Title if Any)    (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES ___ NO___. If your answer is "YES" briefly explain.

   _____

   _____

   _____

(Use additional sheets of paper if necessary.)

## B. NATURE OF CASE

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem.

   I'm E pluribus unum, the owner of all trademarks and the land of United states of America and global network, federal and states entities, under sha 256 fingerprint hereditary blood, malicious and misconduct. The former Presidents Act (known also as FPA; 3 U.S.C. section 102 note (P.L. 85-745)) Secret Service Act Presidents KKK Act, Hatch Act, Pension to the Presidents

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

   a. (1) Count I: Utah office of state Treasurer

   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)
   18 U.S.C. 3056; Powers, Authorities and duties of... 18 U.S.C. 1031 major fraud against the United states of America, 18 U.S.C. section 1030 fraud of computers, 18 U.S.C 2-239 pyramid scheme promotional scheme penal code section 327, 18 U.S.C. code 1348 Securities and Commodities fraud, 18 U.S.C. Code section 2381 federal crime of treason,

   b. (1) Count II: "RICO" charges
   All Defendants

   (2) Supporting Facts: 
   
   Same Above

   c. (1) Count III:

(2) Supporting Facts: _____

_____

_____

_____

_____

_____

## D. INJURY

1. How have you been injured by the actions of the defendant(s)?

    *Mental Diseases*
    "WE US OUR"
    DEATH

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES_____ / NO_____. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

    a. Parties to previous lawsuit:

       Plaintiff(s): _____

       Defendant(s): _____

    b. Name of court and case or docket number: _____

c. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

d. Issues raised: _____

_____

_____

e. When did you file the lawsuit? _____
   Date   Month   Year

f. When was it (will it be) decided? _____

2. Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES____ / NO ____. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

_____

_____

_____

_____

_____

## F. REQUEST FOR RELIEF

1. I believe that I am entitled to the following relief:

*Damages unspecified*
*Pension to the Presidents, Secret service*
*Act, Repeal*
*My Treasurer Account*
*I'm the Owner, I got business to take care.*

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at  SLC UT US  on  09/8    20 23
           (Location)              (Date)


_____
Signature